# Exhibit

# PX-60

Ptak Bros. Jewelry, Inc. v Ptak, 06-cv-13732

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

January 2, 2009

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036

**Attention: Mr. Carl Morfino**

Our Ref. No.: 138/3

Re:  **Ptak Bros. Jewelry v. Gary Ptak, et al.**

06 CV 13732 (DC)

For professional services rendered in connection with the above-referenced litigation from August 1, 2008 through the present date as detailed on the attached diary entries............................................................................ $ 1,580.00

## DISBURSEMENTS:

| | |
|---|---|
| Computer database charges............$ | 164.64 |
| Photocopier charges....................$ | 208.25 |
| Long distance charges.................$ | 72.51 |
| FEDEX charges.........................$ | 16.53 |

TOTAL DISBURSEMENTS     $    461.93

**TOTAL NEW CHARGES**     **$  2,041.63**

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

May 20, 2008

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036

Attention: Mr. Carl Morfino

Our Ref. No.: 138/3

Re: <u>Ptak Bros. Jewelry v. Gary Ptak, et al.</u>

06 CV 13732 (DC)

For professional services rendered in connection
with the above-referenced litigation from April 1, 2008
through the present date as detailed on the attached
diary entries............................................................................... $ 16,274.00

### DISBURSEMENTS:

| | | |
|---|---|---|
| Computer database charges............ | $ | 152.56 |
| Photocopier charges..................... | $ | 189.75 |
| Long distance charges.................. | $ | 45.74 |
| Facsimile charges........................ | $ | 72.50 |

TOTAL DISBURSEMENTS          <u>$     460.55</u>

TOTAL NEW CHARGES            <u>$  16,734.55</u>

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

April 1, 2008

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036

Attention: Mr. Carl Morfino

Our Ref. No.: 138/3

Re: <u>Ptak Bros. Jewelry v. Gary Ptak, et al.</u>

06 CV 13732 (DC)

For professional services rendered in connection with the above-referenced litigation from January 23, 2008 through the present date as detailed on the attached diary entries................................................................. $ 9,993.50

## DISBURSEMENTS:

Photocopier charges................... $ 192.75

Long distance charges................ $ 42.04

Facsimile charges...................... $ 40.00

TOTAL DISBURSEMENTS     $     274.79

**TOTAL NEW CHARGES**     <u>$     10,268.29</u>

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

July 1, 2007

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036

Attention: Mr. Carl Morfino

Our Ref. No.: 138/3

Re: <u>Ptak Bros. Jewelry v. Gary Ptak, et al.</u>

06 CV 13732 (DC)

For professional services rendered in connection with the above-referenced litigation from May 1, 2007 through the present date as detailed on the attached diary entries................................................................. $ 5,100.00

## DISBURSEMENTS:

| | | |
|---|---|---|
| Photocopier charges................... $ | 51.75 | |
| Long distance charges.................$ | 15.37 | |
| Facsimile charges..................... $ | 30.00 | |
| TOTAL DISBURSEMENTS | | $ 97.12 |
| TOTAL NEW CHARGES | | $ 5,197.12 |

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

May 1, 2007

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036

**Attention: Mr. Carl Morfino**

Our Ref. No.: 138/3

Re: <u>Ptak Bros. Jewelry v. Gary Ptak, et al.</u>

06 CV 13732 (DC)

For professional services rendered in connection with the above-referenced litigation from March 2, 2007 through the present date as detailed on the attached diary entries................................................................. $ 6,762.50

## DISBURSEMENTS:

| | | |
|---|---|---|
| Photocopier charges................... | $ | 54.00 |
| Long distance charges................ | $ | 73.87 |
| Computer database charges........... | $ | 59.76 |
| NYS Department of State charges.... | $ | 35.00 |

TOTAL DISBURSEMENTS          $   222.63

TOTAL NEW CHARGES             $  6,985.13

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

March 2, 2007

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036

Attention: Mr. Carl Morfino

Our Ref. No.: 138/3

Re: <u>Ptak Bros. Jewelry v. Gary Ptak, et al.</u>

06 CV 13732 (DC)

For professional services rendered in connection
with the above-referenced litigation from January 9, 2007
through the present date as detailed on the
attached diary entries........................................................................ $ 19,855.00

## DISBURSEMENTS:

Photocopier charges.................... $    81.75

Long distance charges.................$    58.55

TOTAL DISBURSEMENTS                                               $    140.30

**TOTAL NOW DUE**                                                    $  19,995.30

LAW OFFICES OF JOHN R. MUGNO
350 Broadway – 10th Floor
New York, New York 10013
Telephone (212) 925-3474
Facsimile (212) 925-3665

January 9, 2007

Ptak Bros. Jewelry, Inc.
64 W. 48th Street, Suite 1505
New York, New York 10036
**Attention: Mr. Carl Morfino**

Our Ref. No.: 138/3

Re: <u>Ptak Bros. Jewelry v. Gary Ptak, et al.</u>

06 CV 13732 (DC)

For professional services rendered in connection
with the above-referenced litigation from October 25, 2006
through the present date as detailed on the
attached diary entries............................................................ $ 7,145.00

**DISBURSEMENTS:**

| | | |
|---|---|---|
| Photocopier charges................... | $ | 234.75 |
| Long distance charges................. | $ | 9.19 |
| Facsimile distance charges............ | $ | 15.00 |
| Court Pro Hac Vice fee............... | $ | 25.00 |
| Court filing fee....................... | $ | 350.00 |
| Process server charges................ | $ | 274.20 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | <u>958.14</u> |
| TOTAL | $ | 8,103.14 |
| LESS (Retainer) | <u>($ | 4,000.00)</u> |
| **TOTAL NOW DUE** | $ | <u>4,103.14</u> |